IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD P. MCAULIFFE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, VERA C. SUDDUTH, SHEILA CULLEN, ODWETDIA DUPREE, and CAROL WONG,<br><br>    Defendants.<br>                                                / | No. C 06-07353 WHA<br><br>**ORDER RE FILING NOTICE OF NEED FOR MEDIATION** |

     Pursuant to General Order 56, parties should file a notice of need for mediation no later than **MAY 4, 2007.**

**IT IS SO ORDERED.**

Dated: April 20, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE