IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD P. MCAULIFFE, the guardian of the late service dog Sunny,

    Plaintiff,

  v.

U.S. DEPT OF VETERANS AFFAIRS, and the individuals, VERA C. SUDDUTH, CAROL WONG, SHEILA CULLEN, and ODWETDIA DUPREE,

    Defendants.

No. C 06-07353 WHA

**ORDER RE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The Court has received plaintiff's opposition to defendants' motion to dismiss, as well as Ms. Christine Garcia's appearance as special counsel. She, ostensibly on behalf of plaintiff *pro se* Ronald P. McAuliffe, filed a partial opposition to the government's motion and a request that she be permitted to file the full opposition on June 29, 2007.

Ms. Garcia's request to submit the opposition on June 29, 2007 is **GRANTED**. Defendants' reply should be submitted no later than **JULY 3, 2007**.

**IT IS SO ORDERED.**

Dated: June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE