SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
FAX: (415) 436-6748
melissa.k.brown@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD P. McAULIFFE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITES STATES AND R. JAMES NICHOLSON Secretary of the Department of Veterans Affairs,<br><br>    Defendants. | No. C 06-07353 WHA<br><br>**NOTICE OF SETTLEMENT** |

TO: THE COURT AND TO ALL PARTIES:

Please take notice that the above-captioned case has settled. The parties will be filing a settlement agreement shortly for the Court's approval. The parties jointly request that all hearings be taken off calendar that a protective date of **May 1, 2008** be set in the unlikely event that the settlement check has not been processed yet. Further Case Management Conference set for May 1, 2008 at 11:00 am.

DATED: December 12, 2007                   Respectfully submitted,
                                           SCOTT N. SCHOOLS
                                           United States Attorney

                                           _/s/ Melissa Brown_____
                                           MELISSA K. BROWN

[Seal: United States District Court, Northern District of California — signed by Judge William Alsup]

NOTICE OF SETTLEMENT
C 06-07353 WHA

1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that she is an employee of the Office of the United States |
| 3 | Attorney for the Northern District of California and is a person of such age and discretion to be |
| 4 | competent to serve papers. The undersigned further certifies that she is causing a copy of the |
| 5 | following: |

**NOTICE OF SETTLEMENT**

<u>Ronald P. McAuliffe v. U.S. Department of Veterans Affairs</u>
C 06-07353 WHA

to be served this date upon each of the persons indicated below at the address shown:

| | |
|---|---|
| Ronald P. McAuliffe | Christine L. Garcia |
| 519 Ellis Street, #616 | The Animal Office |
| San Francisco, CA 94109 | 3824 18th Street, Suite 201 |
| | San Francisco, CA 94114 |

√     **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____     **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____     **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____     **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

_____     **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed December 12, 2007 at San Francisco, California.

                                                   /s/
                                  KATHY TERRY
                                  Legal Assistant