JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6962
  FAX: (415) 436-6748
  melissa.k.brown@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD P. McAULIFFE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITES STATES AND R. JAMES NICHOLSON Secretary of the Department of Veterans Affairs,<br><br>    Defendants. | No. C 06-07353 WHA<br><br>**STIPULATION AND AGREEMENT OF COMPROMISE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff RONALD P. McAULIFFE and defendants UNITED STATES AND R. JAMES NICHOLSON, (hereinafter the "Federal Defendants"), by and through their undersigned counsel, as follows:

    1.    The parties do hereby agree to settle, compromise and dismiss the above-captioned action ("This Action") under the terms and conditions set forth herein.

    2.    The Federal Defendants agrees to pay the sum of Two Thousand Dollars and no cents ($2,000.00) to plaintiff under the terms and conditions set forth herein.

    3.    The plaintiff and his heirs, executors, administrators, assigns and attorneys hereby agree to accept the sum of Two Thousand Dollars and no cents ($2,000.00), in full and

1  final settlement and satisfaction of the claims raised in This Action under the terms and
2  conditions set forth herein.

3      4.      It is also agreed, by and among the parties, that the settlement amount of Two
4  Thousand Dollars and no cents ($2,000.00) represents the entire amount payable to plaintiff and
5  his heirs, executors, administrators, assigns and attorneys.

6      5.      It is also agreed, by and among the parties, that the settlement amount of Two
7  Thousand Dollars and no cents ($2,000.00) shall be made payable to plaintiff Ronald P.
8  McAuliffe.  The check will be mailed to the plaintiff's attorney at the following address:
9  Christine L. Garcia, Esq., The Animal Law Office, 3824 18ᵗʰ Street, Suite 201, San Francisco,
10  CA 94114.

11      6.      It is also agreed by and among the parties that neither plaintiff nor any of his
12  attorneys may make any claim for attorney's fees or other costs against the Federal Defendants,
13  the United States, their agents, servants, or employees.

14      7.      In consideration of the payment of Two Thousand Dollars and no cents
15  ($2,000.00) as set forth above, the plaintiff agrees that he will immediately upon execution of
16  this agreement, execute a Stipulation of Dismissal, which stipulation shall dismiss, with
17  prejudice, all claims asserted in This Action or any claims that could have been asserted in This
18  Action, which is captioned *Ronald P. McAuliffe v. United States and R. James Nicholson*
19  *Secretary of the Department of Veterans Affairs*, U.S. District Court Northern District of
20  California Case No. C-06-07533 WHA.

21      8.      In consideration of the payment of Two Thousand Dollars and no cents
22  ($2,000.00) as set forth above, the plaintiff hereby releases and forever discharges the Federal
23  Defendants and any and all of its past and present officials, directors, employees, agents,
24  attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of
25  actions, claims, and demands of any kind and nature whatsoever, which have been or could have
26  been raised in the complaint or EEO complaint in this action, whether suspected or unsuspected,
27  arising in law or equity, arising from or by reason of any and all known, unknown, foreseen, or
28  unforeseen injuries, and the consequences thereof, resulting from the facts, circumstances and

STIPULATION AND AGREEMENT FOR COMPROMISE AND SETTLEMENT
C06-07533 WHA                    2

subject matter that gave rise to This Action, including all claims of discrimination and alleged violations of the Federal Tort Claims Act asserted by plaintiff in each and every administrative complaint filed by plaintiff related to the events that allegedly took place on December 1, 2004 in the VA Medical Center at 4150 Clement Street, San Francisco, California as described in plaintiff's Second Amended Complaint or any and all claims that could have been asserted in the administrative complaint against the Federal Defendants.

9.    In consideration of the payment of Two Thousand Dollars and no cents ($2,000.00) as set forth above, the plaintiff further agrees that he may not and will not use or rely on the incidents and actions in his administrative complaint or the Second Amended Complaint in this action in any other administrative proceeding, state court action or federal court action to prove any kind of discrimination or as background or history to any claim of discrimination he may bring.

10.    The provisions of California Civil Code Section 1542 are set forth below:

A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.  The plaintiff having been apprised of the statutory language of Civil Code Section 1542 by his attorneys, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights he may have pursuant to the provision of that statute and any similar provision of federal law.  The plaintiff understands that if the facts concerning the plaintiff's injury and the liability of the Federal Defendants, or its directors, officers, agents, servants, or employees, for damages pertaining thereto are found hereafter to be other than or different from the facts now believed by him to be true, this agreement shall be and remain effective notwithstanding such material difference.

11.    The parties acknowledge that neither this agreement nor anything contained herein shall constitute an admission of liability or fault on the part of the Federal Defendants, or its directors, officers,  agents, servants, or employees.  This agreement is entered into by the parties for the purpose of compromising disputed claims, avoiding the expenses and risks of litigation, and buying peace.

STIPULATION AND AGREEMENT FOR COMPROMISE AND SETTLEMENT
C06-07533 WHA                                         3

12. This agreement may be pled as a full and complete defense to any action or other proceeding, including any local, state or federal administrative action, involving any person or party which arises out of the claims released and discharged by this agreement.

13. If any withholding or income tax liability is imposed upon plaintiff based on payment of the settlement sum as set forth herein, plaintiff shall be solely responsible for paying any such liability. Plaintiff, and his attorneys, will indemnify and hold harmless the Federal Defendants from any liability the Federal Defendants may incur from any government agency arising out of any failure by plaintiff to pay any tax liability he might be responsible for from any government agency.

14. Plaintiff and his attorneys have been informed that payment of the settlement amount may take 90 days or more to process.

15. The parties agree that the District Court shall retain jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this agreement.

16. Each party acknowledges that they have been represented by and have relied upon independent counsel in negotiating, preparing and entering into this agreement and that they have had the contents of this agreement fully explained by counsel and that they are fully aware of and understand all of the terms of the agreement and the legal consequences thereof. It is further acknowledged that the parties have mutually participated in the drafting of this agreement and it is agreed that no provision herein shall be construed against any party hereto by virtue of the drafting of this agreement.

17. If any provision of this agreement shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

18. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this agreement.

STIPULATION AND AGREEMENT FOR COMPROMISE AND SETTLEMENT
C06-07533 WHA                                    4

19.     This agreement may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

Dated: 1/28/

*Ronald P. McAuliffe*

RONALD P. McAULIFFE
Plaintiff

Dated: 1/23/08    By:

CHRISTINE L. GARCIA.
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 1/29/2008    By:

MELISSA K. BROWN
Assistant United States Attorney
Attorneys for the Federal Defendant

**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT,**

**APPROVED AND SO ORDERED:**

Dated: _____

WILLIAM H. ALSUP
United States District Judge

STIPULATION AND AGREEMENT FOR COMPROMISE AND SETTLEMENT
C06-07533 WHA                    5

1

## CERTIFICATE OF SERVICE

2    The undersigned hereby certifies that she is an employee of the Office of the United States

3    Attorney for the Northern District of California and is a person of such age and discretion to be

4    competent to serve papers.  The undersigned further certifies that she is causing a copy of the

5    following:

6    **STIPULATION AND AGREEMENT OF COMPROMISE AND [PROPOSED] ORDER**

7                     Ronald P. McAuliffe v. U.S. Department of Veterans Affairs
                                  C 06-07353 WHA
8
     to be served this date upon each of the persons indicated below at the address shown:
9
     Ronald P. McAuliffe                        Christine L. Garcia
10   519 Ellis Street, #616                     The Animal Office
     San Francisco, CA 94109                    3824 18th Street, Suite 201
11                                              San Francisco, CA 94114

12
     ☑          **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with
13              postage thereon fully prepaid in the designated area for outgoing U.S. mail in
                accordance with this office's practice.
14
                **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be
15              delivered by hand to the person or offices of each addressee above.

16              **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the
                person or offices of each addressee above.
17
                **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or
18              offices of each address above.

19              **BY FEDERAL EXPRESS**

20          I declare under penalty of perjury under the laws of the State of California that the foregoing

21   is true and correct.  Executed January 30, 2008 at San Francisco, California.

22
                                        _____/s/_____
23                                      MANIK K. BOWIE
                                        Legal Assistant
24

25

26

27

28