1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-6962
6     FAX: (415) 436-6748
      melissa.k.brown@usdoj.gov
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  RONALD P. McAULIFFE,                )    **No. C 06-07353 WHA**
                                        )
13         Plaintiff,                   )    **STIPULATION AND AGREEMENT OF**
                                        )    **COMPROMISE AND [PROPOSED]**
14     v.                               )    **ORDER**
                                        )
15  UNITES STATES AND R. JAMES          )
    NICHOLSON Secretary of the Department )
16  of Veterans Affairs,                )
                                        )
17         Defendants.                  )

18
   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff RONALD P.
19
   McAULIFFE and defendants UNITED STATES AND R. JAMES NICHOLSON, (hereinafter
20
   the "Federal Defendants"), by and through their undersigned counsel, as follows:
21
         1.      The parties do hereby agree to settle, compromise and dismiss the above-
22
   captioned action ("This Action") under the terms and conditions set forth herein.
23
         2.      The Federal Defendants agrees to pay the sum of Two Thousand Dollars and no
24
   cents ($2,000.00) to plaintiff under the terms and conditions set forth herein.
25
   _____3.    The plaintiff and his heirs, executors, administrators, assigns and attorneys hereby
26
   agree to accept the sum of Two Thousand Dollars and no cents ($2,000.00), in full and
27

28

1 final settlement and satisfaction of the claims raised in This Action under the terms and

2 conditions set forth herein.

3     4.     It is also agreed, by and among the parties, that the settlement amount of Two

4 Thousand Dollars and no cents ($2,000.00) represents the entire amount payable to plaintiff and

5 his heirs, executors, administrators, assigns and attorneys.

6     5.     It is also agreed, by and among the parties, that the settlement amount of Two

7 Thousand Dollars and no cents ($2,000.00) shall be made payable to plaintiff Ronald P.

8 McAuliffe. The check will be mailed to the plaintiff's attorney at the following address:

9 Christine L. Garcia, Esq., The Animal Law Office, 3824 18th Street, Suite 201, San Francisco,

10 CA 94114.

11     6.     It is also agreed by and among the parties that neither plaintiff nor any of his

12 attorneys may make any claim for attorney's fees or other costs against the Federal Defendants,

13 the United States, their agents, servants, or employees.

14     7.     In consideration of the payment of Two Thousand Dollars and no cents

15 ($2,000.00) as set forth above, the plaintiff agrees that he will immediately upon execution of

16 this agreement, execute a Stipulation of Dismissal, which stipulation shall dismiss, with

17 prejudice, all claims asserted in This Action or any claims that could have been asserted in This

18 Action, which is captioned *Ronald P. McAuliffe v. United States and R. James Nicholson*

19 *Secretary of the Department of Veterans Affairs*, U.S. District Court Northern District of

20 California Case No. C-06-07533 WHA.

21     8.     In consideration of the payment of Two Thousand Dollars and no cents

22 ($2,000.00) as set forth above, the plaintiff hereby releases and forever discharges the Federal

23 Defendants and any and all of its past and present officials, directors, employees, agents,

24 attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of

25 actions, claims, and demands of any kind and nature whatsoever, which have been or could have

26 been raised in the complaint or EEO complaint in this action, whether suspected or unsuspected,

27 arising in law or equity, arising from or by reason of any and all known, unknown, foreseen, or

28 unforeseen injuries, and the consequences thereof, resulting from the facts, circumstances and

1 subject matter that gave rise to This Action, including all claims of discrimination and alleged

2 violations of the Federal Tort Claims Act asserted by plaintiff in each and every administrative

3 complaint filed by plaintiff related to the events that allegedly took place on December 1, 2004

4 in the VA Medical Center at 4150 Clement Street, San Francisco, California as described in

5 plaintiff's Second Amended Complaint or any and all claims that could have been asserted in the

6 administrative complaint against the Federal Defendants.

7      9.     In consideration of the payment of Two Thousand Dollars and no cents

8 ($2,000.00) as set forth above, the plaintiff further agrees that he may not and will not use or rely

9 on the incidents and actions in his administrative complaint or the Second Amended Complaint

10 in this action in any other administrative proceeding, state court action or federal court action to

11 prove any kind of discrimination or as background or history to any claim of discrimination he

12 may bring.

13     10.     The provisions of California Civil Code Section 1542 are set forth below:

14     A general release does not extend to claims which the creditor does not know or suspect

15 to exist in his favor at the time of executing the release, which if known by him must have

16 materially affected his settlement with the debtor. The plaintiff having been apprised of the

17 statutory language of Civil Code Section 1542 by his attorneys, and fully understanding the same,

18 nevertheless elects to waive the benefits of any and all rights he may have pursuant to the

19 provision of that statute and any similar provision of federal law. The plaintiff understands that

20 if the facts concerning the plaintiff's injury and the liability of the Federal Defendants, or its

21 directors, officers, agents, servants, or employees, for damages pertaining thereto are found

22 hereafter to be other than or different from the facts now believed by him to be true, this

23 agreement shall be and remain effective notwithstanding such material difference.

24     11.     The parties acknowledge that neither this agreement nor anything contained herein

25 shall constitute an admission of liability or fault on the part of the Federal Defendants, or its

26 directors, officers, agents, servants, or employees. This agreement is entered into by the parties

27 for the purpose of compromising disputed claims, avoiding the expenses and risks of litigation,

28 and buying peace.

12. This agreement may be pled as a full and complete defense to any action or other proceeding, including any local, state or federal administrative action, involving any person or party which arises out of the claims released and discharged by this agreement.

13. If any withholding or income tax liability is imposed upon plaintiff based on payment of the settlement sum as set forth herein, plaintiff shall be solely responsible for paying any such liability. Plaintiff, and his attorneys, will indemnify and hold harmless the Federal Defendants from any liability the Federal Defendants may incur from any government agency arising out of any failure by plaintiff to pay any tax liability he might be responsible for from any government agency.

14. Plaintiff and his attorneys have been informed that payment of the settlement amount may take 90 days or more to process.

15. The parties agree that the District Court shall retain jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this agreement.

16. Each party acknowledges that they have been represented by and have relied upon independent counsel in negotiating, preparing and entering into this agreement and that they have had the contents of this agreement fully explained by counsel and that they are fully aware of and understand all of the terms of the agreement and the legal consequences thereof. It is further acknowledged that the parties have mutually participated in the drafting of this agreement and it is agreed that no provision herein shall be construed against any party hereto by virtue of the drafting of this agreement.

17. If any provision of this agreement shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

18. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this agreement.

19.    This agreement may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.


Dated: 1/28/                    *Ronald P. McAuliffe*
                                RONALD P. McAULIFFE
                                Plaintiff


Dated: 1/23/08    By:    _____
                                CHRISTINE L. GARCIA.
                                Attorney for Plaintiff


                                JOSEPH P. RUSSONIELLO
                                United States Attorney


Dated: 1/29/2008    By:    *Melissa Brown*
                                MELISSA K. BROWN
                                Assistant United States Attorney
                                Attorneys for the Federal Defendant


**PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT,**

**APPROVED AND SO ORDERED:**

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated:    January 30, 2008.    _____
                                WILLIAM H. ALSUP
                                United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION AND AGREEMENT OF COMPROMISE AND [PROPOSED] ORDER**

Ronald P. McAuliffe v. U.S. Department of Veterans Affairs
C 06-07353 WHA

to be served this date upon each of the persons indicated below at the address shown:

Ronald P. McAuliffe                  Christine L. Garcia
519 Ellis Street, #616               The Animal Office
San Francisco, CA 94109              3824 18th Street, Suite 201
                                     San Francisco, CA 94114

__√__     **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____     **BY PERSONAL SERVICE (BY MESSENGER):** I caused such envelope to be delivered by hand to the person or offices of each addressee above.

_____     **BY FACSIMILE (FAX):** I caused each such document to be sent by facsimile to the person or offices of each addressee above.

_____     **BY E-MAIL:** I caused each such document to be sent by e-mail to the person or offices of each address above.

_____     **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 30, 2008 at San Francisco, California.


_____/s/_____
MANIK K. BOWIE
Legal Assistant